Matter of Joshua M.K. v Kayla C. (2023 NY Slip Op 01428)

Matter of Joshua M.K. v Kayla C.

2023 NY Slip Op 01428

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

265 CAF 20-00350

[*1]IN THE MATTER OF JOSHUA M.K., SR., PETITIONER-RESPONDENT,
v
KAYLA C., RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

WILLIAM D. BRODERICK, JR., ELMA, FOR RESPONDENT-APPELLANT. 
REBECCA J. TALMUD, WILLIAMSVILLE, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered January 27, 2020 in a proceeding pursuant to Family Court Act article 5. The order, among other things, dismissed the petition for paternity. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Tariq S. v Ashlee B., 177 AD3d 1385, 1385-1386 [4th Dept 2019], lv dismissed 38 NY3d 1167 [2022]).
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court